THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SEYMOUR SISKIND, Appellant.

Submitted April 28, 1955; decided April 28, 1955.

*Selig Lenefsky* for motion.

*Frank S. Hogan, District Attorney (Harold Roland Shapiro* of counsel), for the People of the State of New York.

Motion granted and case set down for argument during the May, 1955, session of the Court of Appeals.